

EAG:GK
F. #2020R00010

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 1 1 2020 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

TIFFANY HARRIS,

              Defendant.

------------------------------X

INDICTMENT

Cr. No. **CR 20 128**

(T. 18, U.S.C., §§ 249(a)(1)(A) and 3551 et seq.)

**GLASSER, J.**

**MANN, M.J.**

THE GRAND JURY CHARGES:

COUNT ONE
(Hate Crime)

1. On or about December 27, 2019, within the Eastern District of New York, the defendant TIFFANY HARRIS did knowingly and willfully cause bodily injury to Jane Doe #1, an individual who is Jewish and whose identity is known to the Grand Jury, because of her actual and perceived race and religion.

(Title 18, United States Code, Sections 249(a)(1)(A) and 3551 et seq.)

COUNT TWO
(Hate Crime)

2. On or about December 27, 2019, within the Eastern District of New York, the defendant TIFFANY HARRIS did knowingly and willfully cause bodily injury to Jane Doe #2, an individual who is Jewish and whose identity is known to the Grand Jury, because of her actual and perceived race and religion.

(Title 18, United States Code, Sections 249(a)(1)(A) and 3551 et seq.)

## COUNT THREE
(Hate Crime)

3. On or about December 27, 2019, within the Eastern District of New York, the defendant TIFFANY HARRIS did knowingly and willfully cause bodily injury to Jane Doe #3, an individual who is Jewish and whose identity is known to the Grand Jury, because of her actual and perceived race and religion.

(Title 18, United States Code, Sections 249(a)(1)(A) and 3551 et seq.)

A TRUE BILL

_Syed Anel-Ali Salapush_
FOREPERSON

---

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2020R00010
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*TIFFANY HARRIS,*

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 249(a)(1)(A) and 3551 et seq.)

*A true bill.*

_____*Syed Amb Ali Sabzposh*_____
                                                                                          *Foreperson*

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
                                                                                                *Clerk*

Bail, $ _____

_____

*Gillian A. Kassner, Assistant U.S. Attorney (718) 254-6224*