# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 17, 2020

**Via Email and ECF**
The Honorable Magistrate Judge Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:     United States v. Tiffany Harris 20-CR-128 (ILG)

Your Honor,

Ms. Harris has been indicted in this matter and is scheduled to appear before this Court for an arraignment on Friday, March 16, 2020 at 11:00am. Ms. Harris has been under the supervision of Pre-Trial services and is in compliance with the conditions of her release. In light of concerns surrounding the spread of COVID-19 (coronavirus), we request that we conduct the arraignment through teleconference as opposed to in person.

Counsel has consulted the government about this request and the assigned AUSAs Gillian Kassner and John Vagelatos, have no objection to Ms. Harris appearing by phone and counsel waiving her in person appearance.

Thank you for your attention to this matter.

Respectfully Submitted,

 /s/Amanda David
Amanda David and Deirdre von Dornum
Counsel to Tiffany Harris
(718) 330-1208

cc:     AUSAs Gillian Kassner and John Vagelatos
        Clerk of the Court (by ECF)